[No. 28236-4-II.  Division Two.  January 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID W. DODGE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00420-5, Toni A. Sheldon, J., entered December 19, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 28285-2-II.  Division Two.  January 10, 2003.]

M&M ROAD RECYCLE, INC., *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-00549-6, Richard D. Hicks, J., entered January 11, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 28350-6-II.  Division Two.  January 10, 2003.]

EM LE, *Appellant*, v. FARMERS INSURANCE CO., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-12257-3, Bryan E. Chushcoff, J., entered January 7, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 28487-1-II.  Division Two.  January 10, 2003.]

CLALLAM COUNTY, ET AL., *Respondents*, v. BOB FORDE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 01-2-00611-1, William G. Knebes, J. Pro Tem., entered October 17, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.